**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IFTIKHAR SAIYED,<br><br>        Plaintiff,<br>    -v.-<br><br>COUNCIL ON AMERICAN-ISLAMIC<br>RELATIONS ACTION NETWORK, INC.,<br><br>        Defendant. | CIVIL NO: 1:10-cv-00022-PLF-AK |
| RENE ARTURO LOPEZ., *et al.*,<br><br>        Plaintiffs,<br>    -v.-<br><br>COUNCIL ON AMERICAN-ISLAMIC<br>RELATIONS ACTION NETWORK, INC.,<br><br>        Defendant. | CIVIL NO: 1:10-cv-00023-PLF-AK |

**STATUS REPORT**

Plaintiffs Iftikhar Saiyed, Rene Arturo Lopez, Aquilla A.D. Turner, Mohammed Barakatulla Abdussalaam, and Bayenah Nur (collectively referred to as "Plaintiffs") hereby file this status report in compliance with the Court's recent order. Specifically, on August 10, 2016, the Court ordered the parties to prepare a joint status report "on or before September 7, 2016 addressing the parties' positions on how to proceed following the issuance of [106] the mandate by the Court of Appeals remanding this case for further proceedings." The Court further ordered that "the parties shall also appear for a status conference at 10:00 a.m. on September 14, 2016 to discuss the same." (Minute Order [Aug. 10, 2016]).

On August 24, 2016, Plaintiffs' counsel emailed William James Burgess, the only extant attorney of record for Defendant Council on American-Islamic Relations Action Network, Inc., as follows:

> Mr. Burgess, given you are the only attorney for Defendant noticed on the ECF filing, I assume you are the correct address for this email.
>
> The court has asked for a joint status report by Sept 7. From Plaintiffs' perspective, given that fact discovery is done, the next phase would be expert disclosures and pre-trial preparation. Do you have a different view? If not, I will draft a short joint statement for your review and then file it by Sept 7. If not, let's have a meet-and-confer to discuss.

On August 25, 2016, Plaintiffs' counsel received the following email response:

> **From:** Bill Burgess [mailto:bill4242@gmail.com]
> **Sent:** Thursday, August 25, 2016 12:40 PM
> **To:** david.yerushalmi@verizon.net
> **Cc:** Robert Muise - AFLC rmuise@americanfreedomlawcenter.org
> **Subject:** Re: FW: Activity in Case 1:10-cv-00023-PLF LOPEZ et al v. COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC. Order
>
> Mr. Yerushalmi,
>
> I entered my appearance strictly for notice purposes. CAIR is currently looking for outside counsel to handle this case moving forward. I will ask them to contact you to discuss the status report once a retainer is signed. I will withdraw at that time.

Yesterday afternoon, September 6, 2016, Plaintiffs' counsel, David Yerushalmi, received a telephone call followed up by an email from Eugene J. Benick, who represented that he and his firm, NOVA Business Law Group, LLP, had just recently been retained to represent Defendant in this matter. This morning, Mr. Yerushalmi followed-up by telephone with Mr. Benick to discuss the joint status report. During that call, Mr. Benick informed Mr. Yerushalmi that he has not had enough time to review the file and, as a result, he could not discuss the substance of the status report. He also informed Mr. Yerushalmi that neither he nor his firm had yet made an appearance

in the matter in part because he is not a member of the District Court and he and Defendant's current counsel-of-record would need first to file a motion *pro hac vice*.

During the telephone conversation, Mr. Yerushalmi, on behalf of Plaintiffs, and Mr. Benick, on behalf of Defendant, agreed that by this filing Plaintiffs would ask the Court to extend the filing deadline for the Joint Status Report until September 21, 2016, which would provide Defendant's new counsel time to file a motion *pro hac vice* and notice of appearance, conduct a meaningful meet-and-confer with Plaintiffs' counsel on the joint status report, and jointly prepare and file the status report with the Court. By this filing, Plaintiffs also request that the status conference currently set for September 14 be adjourned similarly for two weeks or as soon thereafter as the Court's calendar permits.[1, 2] Mr. Benick agrees that adjourning and rescheduling the status conference would be appropriate under the circumstances.

From Plaintiffs' perspective, following the remand, the parties should engage in expert disclosures followed up by pre-trial preparations insofar as all fact discovery has been completed.

Respectfully submitted,

LAW OFFICES OF DAVID YERUSHALMI, P.C.

*/s/ David Yerushalmi*
David Yerushalmi, Esq. (DC Bar No. 978179)
P.O. Box 6358
Chandler, AZ 85246
Tel. (646) 262-0500 / Fax (801) 760-3901
david.yerushalmi@verizon.net
*Counsel for Plaintiffs*

[1] Plaintiffs note for the Court's reference that their lead counsel, Mr. Yerushalmi, would be unavailable on the upcoming Jewish High Holy Days (Oct. 3-4: Rosh Hashana; Oct. 11-12: Yom Kippur; Oct. 17-26: Succot/Simchat Torah).

[2] To the extent the Court does not grant an adjournment of the status conference currently set for September 14, Plaintiffs request that the Court permit their counsel to appear by telephone insofar as Messrs. Yerushalmi and Muise will be in California and Michigan, respectively, and unable to attend on that date in-person given their trial schedules.

AMERICAN FREEDOM LAW CENTER

*/s/ Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
Tel (734) 635-3756 / Fax (801) 760-3901
rmuise@americanfreedomlawcenter.org
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by email upon Eugene J. Benick, counsel for Defendant but not-of-record and not on the ECF distribution list.

*/s/ David Yerushalmi*
David Yerushalmi, Esq.