IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IFTIKHAR SAIYED,<br><br>      Plaintiff,<br>-v.-<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.,<br><br>      Defendant. | CIVIL NO: 1:10-cv-00022-PLF |
| RENE ARTURO LOPEZ., *et al.*,<br><br>      Plaintiffs,<br>-v.-<br><br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS ACTION NETWORK, INC.,<br><br>      Defendant. | CIVIL NO: 1:10-cv-00023-PLF<br><br>STATEMENT OF DEATH |

      Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs hereby formally notify the Court of the death of Plaintiff Aquilla A.D. Turner. Plaintiffs' counsel learned of Ms. Turner's possible death in December 2018 following months-long efforts to communicate with her about the trial date. By mid-January 2019, Plaintiffs' counsel was able to locate Ms. Turner's death certificate. (*See* Exhibit 1 to the Declaration of David Yerushalmi, filed concurrently herewith.)

      Respectfully submitted,

      LAW OFFICES OF DAVID YERUSHALMI, P.C.

      */s/ David Yerushalmi*
      David Yerushalmi, Esq. (DC Bar No. 978179)
      2020 Pennsylvania Avenue NW, Suite 189
      Washington, D.C. 20006
      Tel. (646) 262-0500 / Fax (801) 760-3901
      david.yerushalmi@verizon.net
      *Counsel for Plaintiffs*

AMERICAN FREEDOM LAW CENTER

*/s/ Robert J. Muise*
Robert J. Muise, Esq. (D.C. Court Bar No. MI 0052)
P.O. Box 131098
Ann Arbor, Michigan 48113
Tel (734) 635-3756 / Fax (801) 760-3901
rmuise@americanfreedomlawcenter.org
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically: none.

                                */s/ David Yerushalmi*
                                David Yerushalmi, Esq. (DC Bar No. 978179)